## MOTION DOCKET

**90–2236.** State v. D'Ambrosio. *Cuyahoga County,* No. 57448. On motion for leave to supplement the record. Motion granted.

**91–995.** State, ex rel. Miller, v. Rear Door Bookstore. *Franklin County,* No. 90AP–986. On motion to strike additional authorities. Motion denied.

WRIGHT and RESNICK, JJ., dissent.

**91–1302.** Manufacturer's Natl. Bank of Detroit v. Erie Cty. Road Comm. Certified Question of State Law, No. 903043. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers instanter. Motion granted.

MOYER, C.J., dissents because the motion was filed out of rule.

RESNICK, J., not participating.

**91–1336.** Bobersky v. Youngstown. *Mahoning County,* No. 90 C.A. 52. On motion for leave to file *amicus* of Ohio Department of Natural Resources. Motion granted.

**91–1479.** Wayne Smith Constr. Co. v. Wolman, Duberstein & Thompson. *Franklin County,* No. 91AP–38. On motion for leave to file appellee's brief instanter. Motion granted.

On motion to strike appellee's brief. Motion denied.